**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

    VS                                                             CASE NO.  5:93cr5038LAC

STEPHEN THOMAS aka STEVEN MOUNT

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   March 5, 2008
Motion/Pleadings:  MOTION UNDER TITLE 18 U.S.C. § 3582(c)(2) and U.S. Sentencing Guidelines § 1B1.10(c) for Reduction of Sentence

Filed by  DEFENDANT PRO SE    on 2/25/08    Doc.# 574

RESPONSES:

                                         on            Doc.#
                                         on            Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)                            s/Mary Maloy
                                         Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of March, 2008, that:*

*(a) The relief requested is **DENIED.  MOOT.***

*(b) Sentence has been reduced (doc. 573).*

                                                        s/L.A. Collier
                                                  *LACEY A. COLLIER*
                                        *Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.